UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA           :    **INDICTMENT**

           - v. -                  :    08 Cr.

CAO, YI GUO,                       :

                 Defendant.        :        **08 CRIM 368**

- - - - - - - - - - - - - - - - -x

### COUNT ONE

The Grand Jury charges:

1.   On or about February 9, 2008, in the Southern District of New York and elsewhere, CAO, YI GUO, the defendant, unlawfully, willfully, and knowingly did threaten to engage in conduct and thereby cause bodily injury to another person, with intent to retaliate against another person for the attendance of a witness at an official proceeding, for testimony given by a witness in an official proceeding, and for information relating to the commission of a Federal offense given by a person to a law enforcement officer, to wit, CAO, YI GUO, the defendant, threatened another person (the "Witness") because the Witness gave information to the Federal Bureau of Investigation about the commission of a criminal offense and testified at the criminal trial in United States v. Hui Chen, et al. in the Southern District of New York.

   (Title 18, United States Code, Sections 1513(b)(1) and (2).)

**COUNT TWO**

The Grand Jury further charges:

2. On or about March 18, 2008, in the Southern District of New York and elsewhere, CAO, YI GUO, the defendant, unlawfully, willfully, and knowingly did engage in conduct and thereby cause bodily injury to another person, with intent to retaliate against another person for the attendance of a witness at an official proceeding, for testimony given by a witness in an official proceeding, and for information relating to the commission of a Federal offense given by a person to a law enforcement officer, to wit, CAO, YI GUO, the defendant, assaulted the Witness because the Witness gave information to the Federal Bureau of Investigation about the commission of a criminal offense and testified at the criminal trial in <u>United States v. Hui Chen, et al.</u> in the Southern District of New York.

(Title 18, United States Code, Sections 1513(b)(1) and (2).)

_____  
FOREPERSON

_____  
MICHAEL J. GARCIA  
United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

CAO, YI GUO

Defendant.

**INDICTMENT**

08 Cr.

(Title 18, United States Code,
Sections 1513)

MICHAEL J. GARCIA
United States Attorney.

A TRUE BILL

*[signature]*
Foreperson.

4/24/08 - Fld Indictment. Case assigned to Judge Stein.

Eaton, J. U.S.M.J.