

U.S. Department of Justice

United States Attorney
Southern District of New York



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/29/08

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

April 28, 2008

**MEMO ENDORSED**

**BY FAX**
The Honorable Sidney H. Stein
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007
(212) 805-7924

RECEIVED
APR 28 2008
CHAMBERS OF
JUDGE SIDNEY H. STEIN
U.S.D.J.

Re: <u>United States v. Cao, Yi Guo</u>,
08 Cr. 368 (SHS)

Dear Judge Stein:

The Government respectfully requests, on consent, that an arraignment be scheduled in the above-captioned matter for May 7, 2008 at 3:00 p.m. or at another date and time convenient for the Court, and that the time between today and the ~~arraignment~~ May 7 be excluded from calculations under the Speedy Trial Act. *The Court finds that the ends of justice served by this continuance outweigh the best interests of the public*

Defense counsel Roy Kulcsar, Esq., requires additional *and the def.* time to have the indictment translated for the defendant and to *in a speedy trial* discuss the charges with him. Accordingly, Mr. Kulcsar *pursuant to* specifically consented to this request for an exclusion of time. *18 USC 3161(h)(8)*

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By: _____
Jonathan B. New
Assistant U.S. Attorney
(212) 637-1049

SO ORDERED 4/29/08

[signature]
SIDNEY H. STEIN
U.S.D.J.

cc: Roy Kulcsar, Esq.,