UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

UNITED STATES OF AMERICA


    v.                                              NOTICE OF
                                              APPEARANCE

                                              08 CR 368 (SHS)

YI GUO GUO


----------------------------------------------------------------X

TO:  THE CLERK OF THE COURT

PLEASE TAKE NOTICE that I have been retained to represent the above-caption ed defendant in this matter in place of Roy R. Kulcsar, Esq.

I was admitted to practice in this District in April, 1987 and in the State of New York in April, 1979.

Dated: New York, NY
       June 26, 2008



                                           /S

                                         _____
                                         Joel S. Cohen (JC6998)
                                         128 Mott Street, Ste. 706
                                         New York, NY 10013
                                         Tel:  212-571-8899
                                         Fax:  212-571-9557
                                         Email: jcesq99@aol.com