```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/11/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

UNITED STATES OF AMERICA,                 :        08 Cr. 368 (SHS)

      -against-                              :        <u>ORDER</u>

YI GUO CAO,                               :

      Defendant.                             :

------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    IT IS HEREBY ORDERED that defendant Yi Guo Cao shall be permitted to make unmonitored telephone calls twice weekly to his attorney, Joel Cohen (212-571-8899) from the MDC, until such time as the current quarantine for chickenpox is lifted.

Dated: New York, New York
       July 11, 2008

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.